UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIA L. ANTUNEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OFFICIAL SERVICES GROUP,<br><br>　　　　Defendant.<br>_____ | 2:09-CV-01808-PMP-PAL<br><br>**ORDER** |

　　　　Before the Court for consideration is Plaintiff Maria L. Antunez' Motion for Application for Leave to Proceed *in Forma Pauperis* (Doc. #1) filed September 11, 2009. On January 29, 2010, the Honorable Peggy A. Leen United States Magistrate Judge, entered a Report of Findings and Recommendation (Doc. #4) recommending that Plaintiff's Motion to proceed *in forma pauperis* (Doc. #1) be denied.

　　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 1-9 and determines that Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed due to Plaintiff Antunez' failure to comply with the Court's Order (Doc. #3) requiring Plaintiff to file a new application to proceed *in forma pauperis* by December 14, 2009.

**IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Findings and Recommendations (Doc. #4) is Affirmed and Plaintiff Maria L. Antunez' Motion for Application for Leave to Proceed *in Forma Pauperis* (Doc. #1) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff Maria L. Antunez' case is **DISMISSED**.

**IT IS FURTHER ORDERED that** the Clerk of Court shall close this case 2:09-CV-01808-PMP-PAL.

DATED: February 23, 2010.

PHILIP M. PRO
United States District Judge